This is a test for 5.1.1. that is all.